## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | Jacob Russell Wolf | Mag. Judge: | Maarten Vermaat |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 2:23-cr-14-PLM | 1/2/2024 | 9:36 am - 9:44 am | Marquette | |

**APPEARANCES:**

| Government: Theodore Greeley | Defendant: Elizabeth LaCosse | Counsel Designation: FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment | Read __<br>Reading Waived __ |

**TYPE OF HEARING**
- __ First Appearance
- __ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- ✓ Initial Pretrial Conference
- __ Detention   (waived __)
- __ Preliminary   (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- ✓ Other: Scheduling Conference

**DOCUMENTS**
- __ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- __ Other: _____

**CHANGE OF PLEA**

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

Presentence Report:
__ Ordered   __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

**EXPEDITED RESOLUTION**

__ Case appears appropriate for expedited resolution

---

**ADDITIONAL INFORMATION**

Proceedings conducted by video with Defendant's consent. Defense counsel indicated that she will discuss potential plea agreement with Defendant this week, and expects that either an agreement or a motion for an ends of justice continuance will be filed shortly. The Government indicated that it may acquire an expert witness, but has yet to identify such a witness.

**SENTENCING**

Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted:   __ Yes   __ No
Defendant informed of right to appeal:   __ Yes   __ No
Counsel informed of obligation to file appeal:   __ Yes   __ No

---

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detention Continued | $ _____ |

| **CASE TO BE:** | **TYPE OF HEARING:** |
|---|---|
| **Reporter/Recorder:**   Digitally Recorded by Zoom | **Courtroom Deputy:**   D. Brown |